COPY
Original Filed

OCT 19 2016

Scott G. Weber, Clerk, Clark Co.

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR CLARK COUNTY

| | |
|---|---|
| NORVAL HOVERSON, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>KLICKITAT COUNTY, KLICKITAT COUNTY SHERIFF DEPARTMENT, and JOHN DOES 1-10, former and current employees and officials of KLICKITAT COUNTY.<br><br>  Defendants. | No. 16 2 02073 2<br><br>COMPLAINT FOR DAMAGES |

The plaintiff, NORVAL HOVERSON, by and through his attorney of record, LANCE D. FITZJARRALD, complains and alleges as follows:

I.  **PARTIES**

1.1  At all material times, Plaintiff was a resident of Klickitat County, Washington. Plaintiff currently resides in Klickitat County, Washington.

COMPLAINT FOR DAMAGES - 1

Received by KCPA

OCT 2 1 2016

Initial: NP

Fitzjarrald Law Office
Lance D. Fitzjarrald
POB 2335
White Salmon, WA 98672
509-637-0471

1.2 Defendant Klickitat County is a government agency organized under the laws of the State of Washington, with the right to sue and be sued in its own name and stead.

1.3 Plaintiff has named additional Klickitat County officials as "John Does 1-10" to indicate that he does not yet know the precise identity of some likely individual defendants and anticipates the possibility of naming additional individual defendants as discovery and investigation progresses.

## II. JURISDICTION & VENUE

2.1 Jurisdiction and venue are proper, pursuant to RCW 36.01.050, in the Superior Court of Clark County because said County is one of the two nearest judicial districts to Klickitat County, where all actions herein complained of occurred.

## III. CLAIM FOR DAMAGES

3.1 A Claim for Damages on behalf of Plaintiff was properly filed on Defendant Klickitat County and more than sixty days have elapsed since the filing of said claim. Said claim is incorporated herein by reference.

## IV. STATEMENT OF FACTS

4.1 Mr. Hoverson was incarcerated at the Klickitat County Jail on or about September 18 2013.

4.2 The jail knew or should have known that Hoverson has deficits that had been accommodated in the past by jail employees.

4.3 Hoverson was separated from the general population of inmates and was isolated in a crisis cell.

COMPLAINT FOR DAMAGES - 2

Fitzjarrald Law Office
Lance D. Fitzjarrald
POB 2335
White Salmon, WA 98672
509-637-0471

4.4     The jailers covered the windows in the crisis cell with trash bags to obscure Hoverson's ability to look outside his cell.

4.5     Hoverson tried to get the jailer's attention by knocking on the door. The jailer or jailers became irritated by Hoverson and decided to apply mace or pepper spray to Hoverson while he was contained in the crisis cell.

4.6     The jailers told him to get on his hands and knees and look at the food slot in the jail door. Hoverson was compliant with their request and got on his hands and knees. The jailers opened the food slot and told him to keep my eyes open and look up towards the slot. The jailers sprayed pepper spray directly into Hoverson's eyes until the bottle went dry. More than one jailer was present and observed the incident occur without intervening.

4.7     Hoverson was removed from the isolation cell, told to wash his face, and was then placed in the general population.

4.8     The tissue around his eyes was obviously inflamed. Hoverson suffered extreme pain from the negligent or reckless actions of the jailers.

4.9     Hoverson suffered emotional distress as a result of the negligent or reckless actions of the jailers.

4.10    The emotional distress is ongoing.

## V. CLAIMS

5.1     Mr. Hoverson re-alleges each and every fact set forth above (Paragraphs I, II, III, IV).

COMPLAINT FOR DAMAGES - 3

Fitzjarrald Law Office
Lance D. Fitzjarrald
POB 2335
White Salmon, WA 98672
509-637-0471

5.2 The above-stated facts give rise to a claim of Personal Injury.

5.3 The above-stated facts give rise to a claim of Negligent Supervision or Training or both of the jail employees.

5.4 The above-stated facts give rise to a claim of Negligent Infliction of Emotional Distress and Pain and Suffering.

5.5 The above-stated facts give rise to a claim of Reckless Infliction of Cruel and Unusual Punishment by a state agent under color of law that served no legitimate purpose.

5.6 The above-stated facts give rise to a claim of violation of Due Process or Infliction of Cruel Punishment, or both, under the Eighth and Fourteenth Amendments of the United States Constitution and sections three and fourteen of the Washington Constitution.

5.7 That the above-stated facts give rise to a claim of Negligence for failure to adopt, implement, and enforce adequate standards of operation for local correctional facilities, per RCW 70.48.071.

## VI. DAMAGES

6.1 Plaintiff hereby re-alleges the contents of Paragraphs I, II, III, IV, V above and incorporates them herein by this reference.

6.2 As a direct and proximate cause of the foregoing, Plaintiff has suffered personal injuries including: (1) "noneconomic damages," not limited to, compensation for reckless or negligent infliction of emotional distress and pain and suffering and violation of constitutional rights; and (2) "economic damages," not limited to, loss of salary and benefits, and attorney's fees and costs.

COMPLAINT FOR DAMAGES - 4

Fitzjarrald Law Office
Lance D. Fitzjarrald
POB 2335
White Salmon, WA 98672
509-637-0471

## VII. PRAYER FOR RELIEF

WHEREFORE, the plaintiff herein, prays for the following relief:

7.1 Judgment in the in an amount to be proven at the time of trial for all economic and non-economic damages;

7.2 Recovery of all costs and attorneys' fees incurred herein in the reasonable amount of $300.00 per hour;

7.3 Injunctive relief in the form of adequate training and supervision of jail staff to prevent similar conduct in the future;

7.4 Relief provided under 42 U.S.C.A. section 1983 pursuant to 42 U.S.C.A. section 1988.

7.4 Any and all such further relief permitted by law or as the court may deem just and equitable.

DATED this 18 day of October 2016.

By: _____
Lance D. Fitzjarrald, WSBA #31783
Attorney for Plaintiff

COMPLAINT FOR DAMAGES - 5

Fitzjarrald Law Office
Lance D. Fitzjarrald
POB 2335
White Salmon, WA 98672
509-637-0471